# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID RODRIGUEZ-VILLAREAL § | |
| § | Civil Action No. 4:17-CV-707 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| UNITED STATES OF AMERICA § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 16, 2018, the report of the Magistrate Judge (Dkt. #4) was entered containing proposed findings of fact and recommendations that Plaintiff David Rodriguez-Villareal's ("Plaintiff") Motion for Return of Property Seized Made Pursuant to Federal Rule of Criminal Procedure 41(g) ("Motion for Return of Property") (Dkt. #1) be **DENIED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Return of Property (Dkt. #1) is **DENIED**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 23rd day of February, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE